IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IVY POLLARD, )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>WAL-MART STORES, INC. )<br> )<br>  Defendant. )<br> ) | Case No. 6:18-cv-01082-JWB-JPO |

### ORDER OF DISMISSAL WITH PREJUDICE

NOW, on this 6th day of August, 2018, the Court takes up for consideration the parties' Joint Stipulation of Dismissal with Prejudice. After full consideration of the matter, and being duly advised of the same, the Court determines that the parties' motion should be, and hereby is sustained. This case is hereby dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**

 August 6, 2018                                 s/ John W. Broomes
Date                                            JOHN W. BROOMES
                                                UNITED STATES DISTRICT JUDGE

1